UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON REILLY a/k/a EVERETT REILLY,<br><br>*Plaintiff,*<br><br>v.<br><br>LISA FILIPPINI, DIANA KEMP, and LISA'S PRICELESS PETS, LLC.<br><br>*Defendants.* | **RULE 7.1 STATEMENT**<br><br>2:24-cv-08208-KSH-AME |

     Pursuant to FRCP Rule 7.1, to enable judges and magistrates of the court to evaluate possible disqualification or recusal, defendant LISA'S PRICELESS PETS, LLC, by and through its attorney, certifies that it does not have a parent company and that no publicly held company owns 10% or more of an ownership interest in the company.

Date: August 23, 2024        Law Offices of Michael Chong, LLC

s/*Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendants*

2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

32 East 57th Street, 8th Fl.,
New York, NY 10022
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com

1