SCHLAM STONE & DOLAN LLP
David J. Goldsmith
26 Broadway, 19th Fl.
New York, NY 10004
(212) 344-5400
(212) 344-7677 (fax)
dgoldsmith@schlamstone.com

*Attorneys for* Plaintiff Shannon Reilly a/k/a Everett Reilly

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON REILLY a/k/a EVERETT REILLY<br><br>*Plaintiff*,<br><br>v.<br><br>LISA FILIPPINI, DIANA KEMP and LISA'S PRICELESS PETS, LLC.<br><br>*Defendants*. | No. 2:24-cv-08208<br><br>**REQUEST FOR ENTRY OF CERTIFICATE OF DEFAULT** |

To:     Clerk of Court

**PLEASE TAKE NOTICE** that Plaintiff Shannon Reilly a/k/a Everett Reilly ("Reilly"), by and through their counsel, file this Request to the Clerk of the Court for Entry of a Certificate of Default against Defendant Lisa's Priceless Pets, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Plaintiff relies upon the accompanying Declaration of David Goldsmith, Esq. which sets forth in greater detail the grounds for this

Request.

Dated: May 27, 2024

                                          **SCHLAM STONE & DOLAN LLP**

By: _____
      David J. Goldsmith, Esq.
      Jeffrey Eilender, Esq. *(pro hac vice)*
      Eni Mihilli, Esq. (pro hac vice)
      26 Broadway
      New York, New York 10004
      Telephone No.: (212) 344-5400
      Facsimile No.: (212) 344-7677
      E-Mail: dgoldsmith@schlamstone.com
      E-Mail: jcaterina@schlamstone.com

      *Attorneys for Plaintiff Shannon Reilly a/k/a Everett Reilly*