SCHLAM STONE & DOLAN LLP
David J. Goldsmith
26 Broadway, 19th Fl.
New York, NY 10004
(212) 344-5400
(212) 344-7677 (fax)
dgoldsmith@schlamstone.com

*Attorneys for* Plaintiff Shannon Reilly a/k/a Everett Reilly

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON REILLY a/k/a EVERETT REILLY<br><br>*Plaintiff*,<br><br>v.<br><br>LISA FILIPPINI, DIANA KEMP and LISA'S PRICELESS PETS, LLC.<br><br>*Defendants*. | No. 2:24-cv-08208<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that I served a copy of the foregoing request for entry of default and supporting papers on the Defendants Lisa Filippini, Diana Kemp, and Lisa's Priceless Pets, LLC, ("Defendants") by sending a copy of same to Defendants' business address at 616 Newark Pompton Turnpike, Pompton Plains, NJ 07444, by prepaid mail and priority express mail this 27th day of May 2025.

  I hereby also certify that I served a copy of the foregoing request for entry of default and supporting papers on Defendant Diana Kemp ("Defendant Kemp") at

Defendant Kemp's home address at 667 Hurricane Rd., Keene, New Hampshire, 03431, by prepaid mail and priority express mail this 27th day of May 2025.

_____
David J. Goldsmith, Esq.