UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON REILLY a/k/a EVERETT REILLY<br><br>*Plaintiff*,<br><br>-against-<br><br>LISA FILIPPINI, DIANA KEMP and LISA'S PRICELESS PETS, LLC.<br><br>*Defendants.* | Case No. 2:24-cv-08208- KSH-AME<br><br>**PROPOSED ORDER** |

**ORDER**

Upon consideration of Plaintiff's Motion for Default Judgment, and any opposition thereto, it is hereby

ORDERED that judgment be entered in favor of the Plaintiff, Shannon Reilly a/k/a Everett Reilly, and against the Defendant, Lisa's Priceless Pets, LLC, in the sum of $465,574 plus 1.5% interest accruing from the date of nonpayment totaling $6,968.61, for a total amount of $471,542.61.

Entered this _____ day of _____.

_____
United States District Judge